# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT ||||
|---|---|---|---|
| **CASE TITLE**<br>MERCURY PUBLIC AFFAIRS LLC,<br>Plaintiff,<br>-against-<br>AIRBUS DEFENCE AND SPACE,<br>S.A.U. f/k/a Airbus Military,<br>Defendant || **DISTRICT**<br>USDC, Southern District of New York | **DOCKET NUMBER**<br>19 cv 7518 |
| ||**JUDGE**<br>Mary Kay Vyskocil | **APPELLANT**<br>Airbus Defence and Space, S.A.U. |
| ||**COURT REPORTER** | **COUNSEL FOR APPELLANT**<br>Jeff E. Butler |
| Check the applicable provision:<br><br>☐ I am ordering a transcript.<br><br>☑ I am not ordering a transcript.<br><br>Reason for not ordering a transcript:<br><br>☐ Copy is already available<br><br>☑ No transcribed proceedings<br><br>☐ Other (Specify in the space below): || **PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.) ||
| ||**METHOD OF PAYMENT** ☐ Funds ☐ CJA Voucher (CJA 21) ||
| **INSTRUCTIONS TO COURT REPORTER:**<br><br>☐ **PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS**<br><br>☐ **PREPARE TRANSCRIPT OF TRIAL**<br><br>☐ **PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS**<br><br>☐ **OTHER (Specify in the space below):** || **DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)** ||
| If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules. ||||
| **COUNSEL'S SIGNATURE**<br>Jeff E. Butler || **DATE**<br>11/10/2020 ||
| **COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit. ||||
| **DATE ORDER RECEIVED** | **ESTIMATED COMPLETION DATE** || **ESTIMATED NUMBER OF PAGES** |
| **SIGNATURE OF COURT REPORTER** ||| **DATE** |

Revised June, 2017