**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of December, two thousand twenty,

Mercury Public Affairs, LLC,

     Plaintiff - Appellee,

v.

**ORDER**
Docket No: 20-3420

Airbus Defence and Space, S.A.U, FKA Airbus Military,

     Defendant - Appellant,

Airbus Defense and Space, Inc.,

     Defendant.

     Counsel for Appellant has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting February 9, 2021 as the brief filing date.

     It is HEREBY ORDERED that Appellant's brief must be filed on or before February 9, 2021. The appeal is dismissed effective February 9, 2021 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/24/2021